HANGEN v. GREEN et al. (Circuit Court of Appeals, Eighth Circuit. November 7, 1922.) No. 6213. Appeal from the District Court of the United States for the Eastern District of Missouri. G. T. Priest, of St. Louis, Mo., for appellant. J. M. Lashly, of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of trustee in bankruptcy, Neville C. Fisher, but without a taxation of attorney fee, mandate to issue forthwith, on motion of appellant and consent of appellees.

---

In re LAUBSCHER. (Circuit Court of Appeals, Sixth Circuit. October 4, 1922.) No. 3682. Petition to Revise an Order of the District Court of the United States for the Southern Division of the Western District of Michigan; Clarence W. Sessions, Judge. In the matter of the petition of Louis H. Harmon to revise an order of the District Court of the United States for the Western District of Michigan, Southern Division, in the case of Tracey E. Laubscher, bankrupt. William A. Mulhern, of Grand Rapids, Mich. for petitioner. Glenwood C. Fuller, of Grand Rapids, Mich., for respondent.

PER CURIAM. Dismissed, pursuant to stipulation of counsel, without costs to either party.

---

ISAACS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 22, 1922.) No. 6092. In Error to the District Court of the United States for the District of Minnesota. A. H. Karatz, of Minneapolis, Minn., for plaintiff in error. Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error.

---

JONES v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 23, 1922.) No. 3931. In Error to the District Court of the United States for the Western District of Texas; Duval West, Judge. Criminal prosecution by the United States against W. K. Jones. Judgment of conviction, and defendant brings error. Affirmed. William C. Douglas and Claud J. Carter, both of San Antonio, Tex. (Douglas, Carter & Childers, of San Antonio, Tex., on the brief), for plaintiff in error. John D. Hartman, U. S. Atty., and W. C. Williams, Asst. U. S. Atty., both of San Antonio, Tex. Before WALKER, BRYAN and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.